**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01420-MSK-NYW

COLORADO INSURANCE GUARANTY ASSOCIATION,

      Plaintiff,

v.

UNITED ARTISTS THEATRE CIRCUIT, INC.,

      Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

      This civil action is before the court on the following motions:
1. Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss") [#9, filed July 13, 2015];
2. Motion to Amend Notice of Removal *Nunc Pro Tunc* ("Motion to Amend") [#11, filed July 24, 2015];
3. Motion for Stay of All Proceedings Pending Determination of Jurisdiction ("Motion to Stay") [#13, filed August 3, 2015]
4. Joint Motion to Vacate Order ("Motion to Vacate") [#14, filed August 5, 2015]; and
5. First Motion to Remand ("Motion to Remand") [#17, filed August 7, 2015].

These matters were referred to Magistrate Judge Nina Y. Wang pursuant to the Order Referring Case [#24] and memoranda dated August 17 and 19, 2015 [#25-#28, #30].

      On August 11, 2015, this court vacated the August 18, 2015 Scheduling Conference *sua sponte* following the Parties' indication that they declined to consent to the jurisdiction of a United States magistrate judge. [#18, #20]. The action was then reassigned to Chief Judge Krieger. [#23]. This court subsequently became aware that Docket Entry [#13] had been improperly docketed as a "Response to Motion to Dismiss for Failure to State a Claim," when the filing was in fact a Motion for Stay. [*See* #13]. Upon direction from this court, the Clerk of the Court converted the Response into a Motion, which Judge Krieger then referred to Magistrate Judge Wang by memorandum dated August 19, 2015. [#30][1]

---

[1] Counsel are instructed that it is incumbent on them to file papers with the proper designation, and to seek amendment where a filing is made in error.

IT IS ORDERED:

1. A joint Status Conference and Motion Hearing on the Motion to Amend [#11] and Motion to Remand [#17] is set for **September 4, 2015 at 2:00 p.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado;

2. Any response to the Motion to Amend [#11] is due no later than **August 21, 2015** and any reply to the Motion to Amend must be filed no later than **September 2, 2015**;

3. Any response to the Motion to Remand must be filed no later than **August 28, 2015** and any reply to the Motion to Remand [#17] must be filed no later than **September 2, 2015**;

4. The Motion to Vacate [#14] is **DENIED AS MOOT**; and

5. The Motion to Stay [#13] is **GRANTED IN PART** to the extent that Plaintiff's deadline for filing a Response to the Motion to Dismiss is stayed pending the Status Conference.

DATED: August 19, 2015