IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 15-cv-01420-NYW | Date: September 4, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| COLORADO INSURANCE GUARANTY ASSOCIATION, | *Gerald D. Pratt* *Heather S. Cleary* |
| **Plaintiff,** | |
| **v.** | |
| UNITED ARTISTS THEATRE CIRCUIT, INC., | *David A. DeMarco* *Richard Allyn Hosley, III* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE AND MOTION HEARING**

Court in Session: 1:57 p.m.

Appearance of counsel.

Discussion and argument held on Motion to Amend Notice of Removal *Nunc Pro Tunc* [11] filed July 24, 2015.

**ORDERED:   Motion to Amend Notice of Removal *Nunc Pro Tunc* [11] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Discussion held on Motion for Remand [17] filed August 8, 2015.

**ORDERED:   Motion for Remand [17] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Court in Recess:  2:08 p.m.          Hearing concluded.          Total time in Court: 00:11

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.